UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-61546-RNS

ISMAEL VENEGAS, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
)
ACRI DESIGN & TRADE, CORP., and )
GUSTAVO TORRES, )
)
Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 7], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** October 26, 2014 through June 28, 2016
Weeks: 87 weeks
Overtime hours per week: 25 hours
Amount of half time per hour not compensated: $6.00/hr (based on hourly rate of $12.00/hr)
Total overtime wages unpaid: **$13,050.00**

**Total Overtime Wage Claim and Liquidated Damages: $13,050.00 X 2 = $26,100.00**

\*\*Plaintiff seeks all fees and costs under the FLSA.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_/s/ Allyson Morgado___
    Allyson Morgado, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/8/16 TO:

ALL CM/ECF RECIPIENTS

BY: /s/ Allyson Morgado<br>
Allyson Morgado, Esquire