UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CIV-61546-SCOLA/OTAZO-REYES

ISMAEL VENEGAS, and all others
similarly-situated under 29 U.S.C. 216 (b),

    Plaintiff,

v.

ACRI DESIGN & TRADE CORP., and
GUSTAVO TORRES,

    Defendants.

_____/

**MEDIATOR'S REPORT**

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    The Mediation was held on the 6th day of December, 2016 at 10:00 a.m. All parties appeared.

    An agreement was reached; the case is SETTLED.

    Dated this 12th day of December, 2016

                            Respectfully Submitted,
                            **Neil Flaxman, Esq.**
                            Florida Supreme Court Certified Circuit &
                            Appellate Mediator
                            Certified District Court Mediator (S.D. Fla.)
                            Brickell City Tower, Suite 3100
                            80 Southwest 8th Street
                            Miami, Florida 33130
                            Tel: 305-810-2786- Fax: 305-810-2824
                            E-mail: flaxy@bellsouth.net

    By:    *s/ Neil Flaxman*
                Neil Flaxman, Esq.
                Fla. Bar No. 025299