United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ismael Venegas, Plaintiff<br><br>v.<br><br>Acri Design & Trade Corp. and<br>Gustavo Torres, Defendants | )<br>)<br>) Civil Action No. 16-61546-Civ-Scola<br>) |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot. for Court Approval, ECF No. 28.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on January 19, 2017.

_____
Robert N. Scola, Jr.
United States District Judge